UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

UNITED STATES OF AMERICA,
    Plaintiff,

vs.                                                        Case No.:  3:21mc66/MCR/EMT

DYLAN JAMES LUCIUS,
    Defendant.
_____/

## **ORDER**

The chief magistrate judge issued a Report and Recommendation on December 13, 2021 (ECF No. 4).  The parties were furnished a copy of the Report and Recommendation and afforded an opportunity to file objections pursuant to Title 28, United States Code, Section 636(b)(1). There have been no timely filed objections.

Having considered the Report and Recommendation, and the record, I have determined the Report and Recommendation should be adopted.

Accordingly, it is now **ORDERED** as follows:

1.    The chief magistrate judge's Report and Recommendation (ECF No. 4) is adopted and incorporated by reference in this order.

2.      Movants' "Motion to Return Seized Property" (ECF No. 1) is **DENIED**

**without prejudice**.

**DONE AND ORDERED** this 25th day of February 2022.


*M. Casey Rodgers*
_____
**M. CASEY RODGERS**
**UNITED STATES DISTRICT JUDGE**